CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAY 17 2006

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| VINCENT J. TOMLINSON, | ) |
| | ) Case No. 2:05CV00038 |
| Plaintiff, | ) |
| | ) **OPINION** |
| v. | ) |
| | ) By: James P. Jones |
| JO ANNE B. BARNHART, | ) Chief United States District Judge |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY, | ) |
| | ) |
| Defendant. | ) |

The plaintiff has filed timely objections to the report and recommendation of the magistrate judge in this Social Security case. After a de novo review, and for the reasons stated by the magistrate judge, I find that the Commissioner's determination that the plaintiff is not disabled within the meaning of the Social Security Act is supported by substantial evidence. The administrative law judge properly considered the opinion of the psychiatrist, Dr. Nelson, who gave opinion on behalf of the plaintiff, and the ALJ's ultimate rejection of that opinion was within the ALJ's authority.

The plaintiff also complains that the administrative record does not contain Dr. Nelson's complete medical records and that therefore the case ought to be remanded to the Commissioner for further proceedings.

It is correct that the present administrative record appears to be missing two pages of a five-page interpretative report of a Minnesota Multiphasic Personality Inventory ("MMPI-2") psychological assessment performed on the plaintiff in 1999. (R. at 252-54.) The ALJ's

written opinion expressly states that the ALJ reviewed the report (R. at 17), so it may be presumed that the original record was complete, particularly since the report itself was supplied by the plaintiff's counsel. While normally effective review by this court of an administrative decision requires a complete record, in the present case this error is harmless.

In the first place, the plaintiff does not contend that the two missing pages contain any information that bears on the correctness of the administrative decision. The MMPI-2 is a written test widely used to screen for personality disorders, *see United States v. Thomas*, No. Crim. CCB-03-0150, 2006 WL 140558, at *13 (D. Md. Jan. 13, 2006), and the pages of the interpretative report that are in the record contain the report's "Diagnostic Considerations" and "Treatment Considerations" sections, which are the meat of the report. Moreover, the record contains Dr. Nelson's Psychiatric Review Technique, in which he sets forth his opinion as to the plaintiff's mental condition. Under these circumstances, this court is able to adequately review the administrative decision, in spite of the two missing pages.

For these reasons, the magistrate judge's report and recommendation will be accepted. A separate judgment consistent with this opinion will be entered forthwith.

DATED: May 17, 2006

/s/ *signature*
Chief United States District Judge

-2-

Case 2:05-cv-00038-JPJ-PMS   Document 21   Filed 05/17/06   Page 2 of 2   Pageid#: 71