CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
MAY 17 2006
JOHN F. CORCORAN
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| VINCENT J. TOMLINSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JO ANNE B. BARNHART, )<br>COMMISSIONER OF SOCIAL )<br>SECURITY, )<br>)<br>Defendant. ) | Case No. 2:05CV00038<br><br>**FINAL JUDGMENT**<br><br>By: James P. Jones<br>Chief United States District Judge |

Based upon the court's de novo review of those portions of the magistrate judge's report and recommendations to which the plaintiff objected, and for the reasons stated in the opinion filed herewith, it is **ADJUDGED AND ORDERED** as follows:

1. The plaintiff's objections are overruled;

2. The magistrate judge's report and recommendations are accepted;

3. The motion for summary judgment by the Commissioner of Social Security ("Commissioner") is granted;

4. The final decision of the Commissioner is **affirmed**; and

5. The clerk is directed to close the case.

ENTER: May 17, 2006

/s/ James P. Jones
Chief United States District Judge